**2017–0854.   Cincinnati Reds, L.L.C. v. Testa.**
Board of Tax Appeals, No. 2015–1707. Sua sponte, appellant's stipulation to extension of time to file merit brief stricken as untimely pursuant to S.Ct.Prac.R. 3.03(B)(2). Appellant has not filed a merit brief, due August 28, 2017, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

*September 1, 2017*

 2017-Ohio-7439.]

**2017–1212.   State v. Rigel.**
Clark App. No. 2016–CA–50, 2017-Ohio-6906. Sua sponte, appellee ordered to file a response, if any, to appellant's motion for stay no later than 5:00 p.m. on Wednesday, September 6, 2017.

*September 5, 2017*

 2017-Ohio-7446.]

**2017–1213.   Disciplinary Counsel v. Tinch.**
On August 31, 2017, relator filed a motion for immediate interim remedial suspension pursuant to Gov.Bar R. V(19). Respondent shall file a response, if any, to relator's motion by 5:00 p.m. on September 7, 2017.

*September 6, 2017*

2017-Ohio-7459.]

**2016–1891.   State v. Martin.**
Summit App. No. 27789, 2016-Ohio-7764. On appellant's motion for appointment of counsel. Motion granted. Jennifer Kinsley is appointed to represent appellant.